**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MANSON CONSTRUCTION CO.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant,**<br>**v.**<br>**GREAT LAKES DREDGE & DOCK CO. LLC**<br>**Proposed Intervenor-Defendant.** | **Electronically Filed On**<br>**September 27, 2007**<br><br>**NO.: 07-694C**<br>**(Judge Christine Miller)** |

**UNOPPOSED MOTION OF GREAT LAKES DREDGE & DOCK COMPANY LLC TO INTERVENE AS OF RIGHT OR, IN THE ALTERNATIVE, FOR PERMISSIVE INTERVENTION**

Great Lakes Dredge & Dock Company LLC ("GLDD") moves this Court for leave to intervene as a defendant in this action pursuant to this Court's Rule 24 to assert defenses to the Complaint and motions filed by Manson Construction Co. ("Manson"). As grounds for intervention, GLDD states that: (1) it has an interest in the award of a contract under the solicitation at issue, RFP No. W9127N-07-R-0022; (2) its interest is not adequately represented by the present parties; and (3) it is so situated that the disposition of this action may impair or impede its ability to protect that interest unless intervention is granted. This motion is based on the accompanying Memorandum of Points and Authorities. GLDD also requests permission to file an Answer to Manson's Complaint on the same date as the United States.

Counsel for the Government and Manson have advised counsel for GLDD that they do not oppose GLDD's intervention in this action. A proposed order is attached.

Respectfully submitted,

s/Daniel C. Sauls

Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

**OF COUNSEL**

Thomas P. Barletta
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Dated: September 27, 2007

**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MANSON CONSTRUCTION CO.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant,**<br>**v.**<br>**GREAT LAKES DREDGE & DOCK CO. LLC**<br>**Proposed Intervenor-Defendant.** | **Electronically Filed On**<br>**September 27, 2007**<br><br>**NO.:07-694C**<br>**(Judge Christine Miller)** |

**ORDER GRANTING THE INTERVENTION OF**
**GREAT LAKES DREDGE & DOCK COMPANY LLC**

This cause came before the Court on the Unopposed Motion of Great Lakes Dredge & Dock Company LLC ("GLDD") to Intervene as of Right, or, in the Alternative, for Permissive Intervention, and the Court having considered said motion, and the entire record in this matter, it is hereby ORDERED:

1. That GLDD's motion to intervene as of right is GRANTED; and

2. That leave is GRANTED for GLDD to intervene in this cause and be made a party thereto with like effect as if named an original party to this case. It is further ORDERED that GLDD will file and serve an Answer to Plaintiff's Complaint on the same date the Government's Answer is due.

Dated: ____________________

________________________________
Judge, United States Court of Federal Claims