**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MANSON CONSTRUCTION CO.,** | |
| **Plaintiff,** | **Electronically Filed On September 27, 2007** |
| **v.** | **NO.: 07-694C** |
| | **(Judge Christine Miller)** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **v.** | |
| **GREAT LAKES DREDGE & DOCK CO. LLC** | |
| **Proposed Intervenor-Defendant.** | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of proposed Intervenor-Defendant Great Lakes Dredge & Dock Company LLC in the above-captioned action, and requests that all papers in this action be served upon undersigned counsel at Steptoe & Johnson LLP, 1330 Connecticut Avenue., N.W., Washington, D.C. 20036.

Respectfully submitted,

s/Daniel C. Sauls

Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

**OF COUNSEL**

Thomas P. Barletta
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Dated: September 27, 2007