**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MANSON CONSTRUCTION CO.,** | |
| **Plaintiff,** | **Electronically Filed On September 27, 2007** |
| **v.** | **NO.:07-694C** |
| | **(Judge Christine Miller)** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **v.** | |
| **GREAT LAKES DREDGE & DOCK CO. LLC** | |
| **Proposed Intervenor-Defendant.** | |

**PROPOSED INTERVENOR-DEFENDANT GREAT LAKES DREDGE & DOCK COMPANY'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1, Great Lakes Dredge & Dock Company, LLC hereby submits this disclosure statement. Great Lakes Dredge & Dock Company, LLC, a Delaware limited liability company, is wholly owned by Great Lakes Dredge & Dock Corporation, a Delaware corporation whose shares of capital stock are publicly traded on NASDAQ under the symbol GLDD.

Respectfully submitted,

s/Daniel C. Sauls

Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

**OF COUNSEL**

Thomas P. Barletta
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Dated: September 27, 2007