# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **MANSON CONSTRUCTION CO.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-694C |
| **THE UNITED STATES,** | * | (Filed Sept. 27, 2007) |
| Defendant, | * | |
| and | * | |
| **GREAT LAKES DREDGE & DOCK CO., LLC,** | * | |
| Intervenor-defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Further to the hearing held this date on plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction,

**IT IS ORDERED**, as follows:

1. The unopposed motion of Great Lakes Dredge & Dock Co., LLC, to intervene under RCFC 24(a) filed this date is granted.

2. Defendant's motion for a protective order filed this date is granted, and the Protective Order as submitted by the parties, including intervenor, shall be binding on all parties.

3. Pursuant to RCFC 65(a)(2), the hearing on plaintiff's motion for a preliminary injunction is consolidated with the dispositive motions that will resolve the merits of the action.

4. All filings made in connection with this case shall be filed under seal, pending further order of the court. All such filings shall be unredacted. The parties shall file by October 11, 2007, redacted copies of the briefs called for by ¶¶ 7 and 8 hereof, in accordance with ¶ 3 of the Protective Order filed this date.

5. Defendant shall file the Administrative Record by 5:30 p.m. on Monday, October 1, 2007, with an electronic copy furnished to the court, plaintiff, and intervenor.

6. The provisions of General Order 42A shall not apply with respect to the filing of briefs. See Gen. Order 42A ¶ I.3.

7. The parties' simultaneous cross-motions for judgment on the administrative record shall be filed by hard copy by October 5, 2007. A courtesy copy shall be delivered to the court. However, plaintiff may file its cross-motion and deliver the court's courtesy copy by October 6, 2007. The court's courtesy copy of each brief shall be delivered both by hard copy and electronic mail.

8. The parties shall file their simultaneous oppositions and replies in hard copy by October 9, 2007. However, plaintiff may, at its option, file its brief and deliver the court's courtesy copy by October 10, 2007. The court's courtesy copy of each brief shall be delivered both by hard copy and electronic mail.

9. Argument on the cross-motions for judgment on the administrative record shall be held at 3:00 p.m., on Thursday, October 11, 2007, in the Howard T. Markey National Courts Building. The court will give an oral ruling or issue an order by October 12, 2007, at 5:30 p.m. E.S.T., subject to the filing of a written opinion by October 18, 2007.

10. The Transcript of Proceedings this date is made subject to ¶ 3 of the Protective Order filed this date. A representative of the parties shall file with the court an agreed-upon redacted copy of each transcript within two business days of receipt of a proposed redacted copy.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge