IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| MANSON CONSTRUCTION CO., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 07-694C |
| | : | (Judge Christine Miller) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF MANSON CONSTRUCTION CO.**

Pursuant to RCFC 7.1, Manson Construction Co. hereby submits this disclosure statement. Manson Construction Co., a Washington corporation, has no parent corporation and there is no publicly owned corporation that owns 10% or more of its stock.

Respectfully submitted,

Date: 10-2-07

[signature]

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779(fax)
mhp@phslegal.com
Attorney of Record for
MANSON CONSTRUCTION CO.