# In the United States Court of Federal Claims

**07-694 C**

**Filed: October 1, 2007**

**MANSON CONSTRUCTION,**

**v.**

**THE UNITED STATES**

**ADMINISTRATIVE RECORD**
**(In CD Format)**
**FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.