# In the United States Court of Federal Claims

**No. 07-694 C**

**MANSON CONSTRUCTION CO.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**GREAT LAKES DREDGE & DOCK CO., LLC,**
**Intervenor-Defendant.**

Pursuant to the court's Memorandum Opinion and Order, filed October 12, 2007, granting defendant and intervenor's cross-motions, and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and intervenor.

Brian Bishop
Clerk of Court

**October 15, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.