# In the United States Court of Federal Claims

**NOTICE**

**MANSON CONSTRUCTION**

**No. 07-694C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 14, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Christine Odell Cook Miller,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on October 11, 2007.

The transcript has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.

Brian Bishop

Brian Bishop, Clerk